UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ELMA THOMAS and LENFORD THOMAS,

Plaintiffs,

v.

BJ'S WHOLESALE CLUB, INC.,
WATCHUNG UE LLC a/k/a URBAN EDGE
PROPERTIES, JOHN DOES 1–10 and/or
XYZ CORPS. 1–10,

Defendants.

Civil Action No. 19-17048 (MAS) (ZNQ)

**ORDER**

This matter comes before the Court upon Defendants BJ's Wholesale Club, Inc. and Watchung UE LLC a/k/a Urban Edge Properties's (collectively, "Defendants") Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 9.) Plaintiffs Elma Thomas and Lenford Thomas did not respond. The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion, and for other good cause shown,

**IT IS** on this 13th day of April 2020 **ORDERED** that:

1. Defendants' Motion to Dismiss (ECF No. 9) is **DENIED**; and

2. The Clerk shall remand this matter to the Superior Court of New Jersey, Law Division, Middlesex County and close the case.

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE