**UNITED STATES DISTRICT COURT**
**for the District of New Jersey [LIVE]**
**Trenton, NJ**

ELMA THOMAS, et al.

                                          Plaintiff,

v.                                                      Case No.:
                                                            3:19−cv−17048−MAS−ZNQ

BJ'S WHOLESALE CLUB, INC., et al.

                                          Defendant.

Clerk, Superior Court of New Jersey
Middlesex County Courthouse
*56 Paterson Street
New Brunswick, NJ 08903

State No: MID−L5518−19

**Dear Clerk of Court:**

   Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                                            Very truly yours,

                                                            William T. Walsh, Clerk
                                                           By Deputy Clerk, jem

encl.
cc: All Counsel